IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY GIVENS, et al., | : | Case No. C-1-03-502 |
| | : | |
| Plaintiffs, | : | Judge Spiegel |
| | : | |
| -vs- | : | |
| | : | **AGREED ORDER** |
| BUTLER METROPOLITAN HOUSING AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

The Court, having been informed by the parties that they have settled this case by entering into a Memorandum of Understanding signed on January 31, 2007, a copy of which is attached hereto, and by entering into an additional agreement to provide a specific sum of money for the four plaintiffs which constitutes payment related to their claims for relocation assistance, the Court hereby approves the settlement. As stated in the Memorandum of Understanding Defendant in no way admits liability.

This action may be reopened by motion of a party for purposes of enforcing this order and settlement, *Accordingly, the court maintains jurisdiction herein*

This action is dismissed.

IT IS SO ORDERED.

_____
Arthur S. Spiegel, Judge

Date 2/7/07

S:\LRF\JES\Bambo Harris\2007\Pleadings\Agreed Order Approve Settlement 020207.doc